IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MARIO NGWAZI WOOTEN,

      Plaintiff,                      No. CIV S-10-2870 KJM EFB P

     vs.

GRASSMAN DAY RADERMAKER, et al.,

      Defendants.            FINDINGS AND RECOMMENDATIONS

      On January 12, 2011, the court found that plaintiff's application to proceed *in forma pauperis* did not include a certified copy of his trust account statement or the institutional equivalent, as required by 28 U.S.C. § 1915(a)(2). Accordingly, the court ordered plaintiff to submit the required trust account statement within thirty days and warned him that failure to do so would result in a recommendation that this action be dismissed.

      Following plaintiff's filing of a notice of change of address on February 9, 2011, the court reserved the January 12, 2011 order on plaintiff on February 14, 2011. Thirty days have elapsed since that date and plaintiff has not filed the required trust account statement or completed affidavit, nor otherwise responded to the court's order.

////

////

1

Accordingly, it is hereby RECOMMENDED that this action be dismissed without prejudice.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections within the specified time may waive the right to appeal the District Court's order. *Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

Dated:  March 30, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE